UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| SHERYL ELIZABETH GODWIN, | ) | Civil Action No. 4:21-cv-00460-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Uncontested Motion to Remand (ECF No. [28]), it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g). It is further ORDERED that on remand, the Commissioner, through the Appeals Council, will issue a fully favorable decision finding Plaintiff disabled beginning on July 1, 2010, Plaintiff's alleged disability onset date. Defendant's prior motion to remand that was contested is rendered moot by this order. (ECF No. [20]).

March 15, 2022
Florence, South Carolina

s/ Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge